IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MAURICE HAMILTON** **PETITIONER**

**v.** **No. 3:25-cv-136-MPM-RP**

**LEE COUNTY ADULT JAIL** **RESPONDENT**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On January 9, 2026, the court entered an order requiring the plaintiff to show cause why the instant case should not be dismissed with prejudice for failure to comply with the Court's order to either submit a completed application to proceed *in forma pauperis* or pay the filing fee. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 13th day of February, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI